United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3456

_____

Albert Casiano Hernandez,     *

                              *

        Appellant,     *

                              *       Appeal from the United States

                              *       District Court for the

    v.                       *       Eastern District of Arkansas.

                              *         [UNPUBLISHED]

Leroy Brownlee, also known as Leroy     *

Brown; Clementine Infante,     *

                              *

        Appellees.     *

_____

Submitted: April 7, 1998

Filed: April 14, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
      Judges.

_____

PER CURIAM.

Albert Casiano Hernandez appeals the district court's[1] dismissal pursuant to 28
U.S.C.A. § 1915A (Supp. 1998), of his 42 U.S.C. § 1983 action and the denial of his
Fed. R. Civ. P. 59(e) motion to reconsider. Upon review of the record and Hernandez's
submissions on appeal, we conclude that dismissal of Hernandez's claims against

_____

[1]The Honorable Garnett Thomas Eisele, United States District Judge for the
Eastern District of Arkansas.

Brownlee was warranted, as Hernandez's allegations were insufficient to state a claim. See 28 U.S.C.A. § 1915A(b)(1) (Supp. 1998). We also conclude that dismissal without prejudice was appropriate as to Infante, as Hernandez's allegations against her were insufficiently specific. See Edgington v. Missouri Dep't of Corrections, 52 F.3d 777, 779 (8th Cir. 1995). Accordingly, we affirm the judgment and denial of the Rule 59(e) motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.